**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED AUG 0 8 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JUAN CARLOS ALVAREZ (01),<br><br>　　　　　Defendant. | CASE NO. 18CR3037-AJB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment:

Ct 1 - 8:1325 - Attempted Unlawful Entry by an Alien (Misdemeanor)

Ct 2 - 8:1326(a),(b) - Attempted Reentry of Removed Alien(2)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 08/06/18

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Anthony J. Battaglia
　　　　　　　　　　　　　　　　United States District Judge